*Joseph M. Hartfield* and *Ernest A. Fintel* for motion. *Walter H. Liebman* opposed.

Motion dismissed upon the ground that the order is not final.

CITY CONSTRUCTION CORPORATION, Appellant, *v.* SAUL M. DUBOV, Respondent.

Submitted April 14, 1941; decided April 24, 1941.

*Mitchell J. Sherwin* for motion.
*Jacob Raphael* opposed.

Motion dismissed upon the ground that the order is not final.